IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NELLY L. MOSS                                                              PLAINTIFF

v.                                    CASE NO. 2:18-CV-2148

ANDREW M. SAUL, Commissioner,
Social Security Administration                                             DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is REVERSED, and this case is REMANDED to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g). The ALJ is to order a current mental status consultative exam of the Plaintiff in accordance with the Report and Recommendation affirmed herein.

IT IS SO ADJUDGED this August 12, 2019.

/s/ P. K. Holmes, III
P. K. HOLMES, III
U.S. DISTRICT JUDGE